UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARQUIS MOBILE DENTAL SERVICES, LLC and MARQUIS C. NAPPER, individually, | ) ) ) |
| Plaintiffs/Counter-Defendants, | ) ) ) |
| v. | ) Case No. 3:08-1206 ) Judge Echols |
| DON ABERCROMBIE, individually and d/b/a MAGNOLIA MOBILE DENTAL SERVICES, INC., | ) ) ) ) |
| Defendant/Counter-Plaintiff, | ) ) |
| v. | ) ) |
| SHERRI SHUMAKER, | ) ) |
| Counter-Defendant. | ) |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith,

(1) Defendant Don Abercrombie's Motion For Summary Judgment On the Pendent State Law Claims (Docket Entry No. 19) is hereby DENIED;

(2) Defendant Abercrombie's Motions to Strike (Docket Entry Nos. 45 & 46) are hereby DENIED; and

(3) this case is returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE