IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MARQUIS MOBILE DENTAL SERVICES, LLC., ET AL.** ) ) | |
| ) | No. 3:08-1206 |
| **v.** ) | JUDGE ECHOLS |
| ) | |
| **DON ABERCROMBIE d/b/a** ) **MAGNOLIA MOBILE DENTAL SERVICES,** ) **INC.** ) | |
| | |
| **DON ABERCROMBIE** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SHERRI SHUMAKER, ET AL.** ) | |

**O R D E R**

Pursuant to the Agreed Order of Dismissal (Docket Entry No. 81) filed by the parties, the complaint and counter-complaint are hereby dismissed with prejudice. Entry of this Order shall constitute the judgment in this case.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE